IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-1581-RPM

DALE GROSS and MAURICE HARRIS

     Plaintiffs,
v.

DANA MADRID, Community Parole Officer, JENNIFER DUNCAN, Community Parole Officer; ARI ZAVARAS, the Executive Director of the Colorado Department of Corrections; DEBORA C. ALLEN, State Parole Board Member; CELESTE M. C. DE BACA aka CELESTE M. QUINONES, State Parole Board Member; MICHAEL ANDERSON, State Parole Board Member; MARGARET M. HECKENBACK, State Parole Board Member; JOHN O'DELL, State Parole Board Member; BECKY R. LUCERO, State Parole Board Member; REBECCA L. OAKES, State Parole Board Member; RSA INC; THOMAS PALS, therapist at RSA Inc; PROGRESSIVE THERAPY SYSTEMS, P.C., and PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.

     Defendants.
_____

### ORDER GRANTING PLAINTIFF DALE GROSS' MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND VACATING HEARING ON SEPTEMBER 14, 2010 AT 2:00 P.M.
_____

Plaintiff Dale Gross filed motion for a Temporary Restraining Order pursuant to F.R.C.P. Rule 65(a), and he moved to withdraw it after the parties reached an agreement to maintain the status quo. It is therefore

ORDERED that the motion is GRANTED. The hearing set for September 14, 2010 at 2:00 p.m. is hereby VACATED.

DATED this 14th day of September 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge