IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01581-RPM

DALE GROSS and
MAURICE HARRIS,

      Plaintiffs,

v.

DANA MADRID, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ARI ZAVARAS, the Executive Director of the Colorado Department of Corrections;
DEBORA C. ALLEN, State Parole Board Member;
CELESTE M. C. DE BACA aka CELESTE M. QUINONES, State Parole Board Member;
MICHAEL ANDERSON, State Parole Board Member;
MARGARET M. HECKENBACK, State Parole Board Member;
JOHN O'DELL, State Parole Board Member;
BECKY R. LUCERO, State Parole Board Member;
REBECCA L. OAKES, State Parole Board Member;
RSA INC;
THOMAS PALS, therapist at RSA INC;
PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

      Defendants.

---

ORDER DIRECTING RESPONSE TO TWO ISSUES RAISED BY MOTION FOR
PRELIMINARY INJUNCTION

---

The motions for preliminary injunction filed by plaintiff Dale Gross on September 8, 2010 [5], raises two discrete issues, as more specifically articulated in the response brief [17], as to constitutionality of the requirement that he participate in a specific sex offender program conducted by RSA Inc. First, that he admit specific conduct for which he was acquitted and second, that he may not have access to the use of a computer which is necessary for his pursuit of an academic program. The plaintiff contends that these requirements are in violation of the protections of the First and Fifth Amendments, made applicable by the Fourteenth Amendment

of the U.S. Constitution as government compelled speech and as a deprivation of his liberty interest in pursuing an educational opportunity. Mr. Gross asserts that these conditions are imposed arbitrarily and unreasonably even if his is properly classified as a sex offender. The defendants have not specifically addressed these contentions in the motion to dismiss. Accordingly,

IT IS ORDERED that the defendants address plaintiff Dale Gross's discrete contentions raised in his motion for Preliminary Injunction as more specifically articulated in his reply on or before November 30, 2010.

DATED: November 12th , 2010

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge