**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | March 10, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| Court Reporter: | Kara Spitler |

_____

Civil Action No. 10-cv-01581-RPM

| | |
|---|---|
| DALE GROSS and<br>MAURICE HARRIS, | Allison L. Ruttenberg |
| Plaintiffs, | |
| v. | |
| DANA MADRID, Community Parole Officer;<br>JENNIFER DUNCAN, Community Parole Officer;<br>ARI ZAVARAS,<br>the Executive Director of the Colorado Department of Corrections;<br>DEBORA C. ALLEN, State Parole Board Member;<br>CELESTE M. C. DE BACA, aka CELESTE M. QUINONES,<br>State Parole Board Member;<br>MICHAEL ANDERSON, State Parole Board Member;<br>MARGARET M. HECKENBACK, State Parole Board Member;<br>JOHN O'DELL, State Parole Board Member;<br>BECKY R. LUCERO, State Parole Board Member;<br>REBECCA L. OAKES, State Parole Board Member;<br>RSA INC;<br>THOMAS PALS, therapist at RSA INC;<br>PROGRESSIVE THERAPY SYSTEMS, P.C.; and<br>PETER BRIGGS, therapist at Progressive Therapy Systems, P.C., | Robert C. Huss<br><br><br><br><br><br><br><br><br><br><br><br>No counsel present.<br>No appearance |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Renewed Motion for Preliminary Injunction**

**9:00 a.m.      Court in session.**

Plaintiff Dale Gross, defendants Jennifer Duncan and Thomas Pals are present.

Court's preliminary remarks.

March 10, 2011
10-cv-01581-RPM

Counsel answer questions regarding applicable sex offender program statute repealed July 2010. Counsel state they believe statute was extended to July 2011.

9:03 a.m.          Plaintiffs' opening statement by Ms. Ruttenberg.

**Plaintiffs' Exhibit 1 identified, offered and received.**

9:07 a.m.          Defendants' opening statement by Mr. Huss.

9:12 a.m.          Plaintiffs' witness, Chris Martinez, sworn.

Direct examination of Mr. Martinez by Ms. Ruttenberg.

9:13 a.m.          Cross examination of Mr. Martinez by Mr. Huss.

9:15 a.m.          Plaintiff Dale Gross sworn.

Direct examination of Mr. Gross by Ms. Ruttenberg.

**Plaintiffs' Exhibits 2 and 3 identified, offered and received.**
Plaintiffs' Exhibit 4 identified and offered.

9:43 a.m.          Cross examination of Mr. Gross by Mr. Huss.

9:47 a.m.          Redirect examination of Mr. Gross by Ms. Ruttenberg.

9:52 a.m.          Plaintiffs' witness, Jody Monarez, sworn.

Direct examination of Ms. Monarez by Ms. Ruttenberg.

**Plaintiffs' Exhibit 4 offered and received.**

9:55 a.m.          Plaintiffs' witness, defendant Thomas Pals, sworn.

Court clarifies with Mr. Pals that he is represented by counsel who is not present.
Direct examination of Mr. Pals by Ms. Ruttenberg.

**Plaintiffs' Exhibit 5 identified, offered and received.**
Plaintiffs' Exhibit 6 identified.

**10:05 a.m.       Court in recess.**
**10:18 a.m.       Court in session.**

10:18 a.m.         Continued direct examination of Mr. Pals by Ms. Ruttenberg.

March 10, 2011
10-cv-01581-RPM

**Plaintiffs' Exhibit 6 identified, offered and received.**

10:23 a.m.        Cross examination of Mr. Pals by Mr. Huss.

Reference to Plaintiffs' Exhibits 5 and 6.

10:30 a.m.        Defendant Jennifer Duncan, sworn.

Direct examination of Ms. Duncan by Mr. Huss.

10:38 a.m.        Cross examination of Ms. Duncan by Ms. Ruttenberg.

Ms. Duncan answers questions asked by the Court.

10:47 a.m.        Ms. Ruttenberg , Mr. Gross, Mr. Huss and Ms. Duncan answer questions asked by the Court regarding the scheduled March 14, 2011 parole hearing process.

**Court instructs Ms. Ruttenberg to attend the March 14, 2011 parole hearing.**
**Court suggests to Mr. Huss that he and Mr. Gross personally be present at the March 14, 2011 parole hearing.**

**ORDERED:    Renewed Motion By Dale Gross for a Temporary Restraining Order and Preliminary Injunction, filed February 23, 2011 [52], is denied pending parole board revocation hearing.**

**10:58 a.m.      Court in recess.**

**Clerk's note:**   Exhibits retained at clerk's office.

Hearing concluded.  Total time: 1 hr. 58  min.