IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01581-RPM

DALE GROSS and
MAURICE HARRIS,

    Plaintiffs,

v.

DANA MADRID, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
ARI ZAVARAS, the Executive Director of the Colorado Department of Corrections;
DEBORA C. ALLEN, State Parole Board Member;
CELESTE M. C. DE BACA aka CELESTE M. QUINONES, State Parole Board Member;
MICHAEL ANDERSON, State Parole Board Member;
MARGARET M. HECKENBACK, State Parole Board Member;
JOHN O'DELL, State Parole Board Member;
BECKY R. LUCERO, State Parole Board Member;
REBECCA L. OAKES, State Parole Board Member;
RSA INC;
THOMAS PALS, therapist at RSA INC;
PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

    Defendants.
_____

## ORDER VACATING ENTRY OF DEFAULT
_____

    On February 11, 2011, the Clerk filed an Entry of Default as to named defendants RSA Inc., and Thomas Pals. On March 28, 2011, those parties filed a motion for relief from the entry of default and on April 21, 2011, the plaintiff Dale Gross filed a response, making no objection to the motion. Accordingly, it is

    ORDERED that the Clerk's Entry of Default as to Thomas Pals and RSA Inc., filed February 11, 2011, is vacated.

    DATED: August 30th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge