IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01581-RPM

DALE GROSS

     Plaintiff,
v.

PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

     Defendants.
_____

ORDER IDENTIFYING ISSUES FOR HEARING ON DEFENDANTS' MOTIONS
_____

     A hearing has been scheduled for Friday, October 14, 2011, at 3:00 p.m. on the motions filed by Defendants Progressive Therapy Systems, P.C., and Peter Briggs as motions to dismiss (Doc. 61, 64 and 69).  Those motions were the subject of a response filed the Plaintiff Dale Gross and a reply, filed by the moving defendants on May 12, 2011, (Doc. 76).

     On October 3, 2011, Dale Gross filed a Second Amended Complaint naming Progressive Therapy Systems, P.C., and Peter Briggs among other defendants.  It is now

     ORDERED that the motions scheduled for hearing will be considered as directed to the allegations in the Second Amended Complaint.

     DATED: October 7th, 2011

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge