IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 14, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-01581-RPM

DALE GROSS and                                                          Allison L. Ruttenberg

    Plaintiff,

v.

RSA INC;                                                                John L. Hamil
THOMAS PALS, therapist at RSA INC;                                      Merideth Munroe
PROGRESSIVE THERAPY SYSTEMS, P.C.; and                                  Charles E. Welton
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

    Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motions to Dismiss**

**3:00 p.m.**     **Court in session.**

Defendant Briggs and defendant Progressive Therapy Systems, P.C.'s client representative Walter Simon are present.

Court's preliminary remarks.

Court states it is only considering the claims against defendant Briggs and Progressive Therapy Systems, P.C. therefore counsel Hamil and Monroe may be excused.

Statements by the Court regarding its October 7, 2011 [87] order and plaintiff's Second Amended Complaint [86].

Statements by Ms. Ruttenberg regarding Second Amended Complaint claims.

Argument by Mr. Welton.

Ms. Ruttenberg answers questions asked by the Court regarding case claims.

Discussion between Court and counsel regarding case claims and damages.

**ORDERED:**   Defendants Motions to Dismiss [61], [64] and [69] is granted with respect to the outrageous conduct claim and any common law claims and denied with respect to claims under 42 U.S.C. §1983.

**3:45 p.m.**   **Court in recess.**  Hearing concluded. Total time: 45 min.