## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                     January 13, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 10-cv-01581-RPM

DALE GROSS                                                      Allison L. Ruttenberg

      Plaintiff,

v.

DANA MADRID, Community Parole Officer;                          Kristin Ruiz
JENNIFER DUNCAN, Community Parole Officer;
TOM CLEMENTS,
the Executive Director of the Colorado Department of Corrections;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA L. OAKES, Member of the Parole Board;
RSA INC;                                                        John L. Hamil
THOMAS PALS, therapist at RSA INC;                              Meredith A. Munro
PROGRESSIVE THERAPY SYSTEMS, P.C.; and                          Charles E. Welton
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.

      Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:00 a.m.        Court in session.**

Ms. Ruttenberg states plaintiff claims injunctive relief and nominal damages against defendants Progressive and Briggs.

Ms. Ruttenberg informs the Court that plaintiff has self revoked his parole.

Discussion regarding plaintiff's treatment providers alleged discretion, pending motions for summary judgment and for extension of time.

January 13, 2012
10-cv-01581-RPM

**ORDERED:** **Defendants RSA and Thomas Pals are dismissed as moot.**
**Defendants RSA and Thomas Pals' Motion for Summary Judgment [95] and Plaintiff's Motion for Extension of Time [97] are moot.**

Discussion regarding effects of self revocation, parole board's determination (imposition of remainder of sentence (December 18, 2012) , issue of mootness with respect to state defendants and staying case with respect to Progressive defendants.

**ORDERED:** **Case is stayed with respect to defendants Progressive and Briggs.**
**State defendants, after parole board's determination regarding revocation, shall determine whether to file a motion to dismiss based on mootness.**

**Plaintiff shall determine whether to proceed against Progressive defendants.**

**No scheduling order entered.**

**11:25 a.m.** **Court in recess.**

Hearing concluded.  Total time: 25  min.