IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01581-RPM

DALE GROSS

      Plaintiff,

v.

DANA MADRID, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA L. OAKES, Member of the Parole Board;
RSA INC;
THOMAS PALS, therapist at RSA INC;
PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

      Defendants.
_____

ORDER DISMISSING DEFENDANTS RSA, INC., AND THOMAS PALS
_____

At the scheduling conference held today, counsel for the plaintiff stated that the claims against Defendants RSA, Inc., and Thomas Pals are for prospective injunctive relief. As noted in the plaintiff's motion for extension of time, filed January 11, 2012, Mr. Gross is again in custody as a result of his self revocation because of injuries sustained in an assault. It is unclear as to what period of time Mr. Gross will be in custody but it is clear that there can be no injunctive relief granted as to RSA, Inc., and Thomas Pals as mental health care providers under contract with the State with respect to treatment of Dale Gross and that these defendants will not accept him for any treatment in the future. Accordingly, it is

ORDERED that the claims against Defendants RSA, Inc., and Thomas Pals are dismissed because they are moot.

DATED: January 13th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge