IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01581-RPM

DALE GROSS

      Plaintiff,

v.

DANA MADRID, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA L. OAKES, Member of the Parole Board;
PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

      Defendants.
_____

ORDER DECLARING MOTION FOR PRELIMINARY INJUNCTION MOOT
_____

      On April 13, 2011, the plaintiff filed a renewed motion for preliminary injunction.

Because of subsequent developments in this case it is

      ORDERED that the renewed motion for preliminary injunction is dismissed as moot.

      DATED: March 30th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge