IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01581-RPM

DALE GROSS

     Plaintiff,

v.

DANA MADRID, Community Parole Officer;
JENNIFER DUNCAN, Community Parole Officer;
TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections;
ANTHONY YOUNG, Chairman of the Colorado Parole Board;
ED THOMAS, Member of the Parole Board;
DENISE BALAZIC, Member of the Parole Board;
PATRICIA BAN WAAK, Member of the Parole Board;
JOHN O'DELL, Member of the Parole Board;
MICHAEL ANDERSON, Member of the Parole Board;
REBECCA L. OAKES, Member of the Parole Board;
PROGRESSIVE THERAPY SYSTEMS, P.C.; and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

     Defendants.
_____

ORDER FOR DISMISSAL OF STATE DEFENDANTS AND DENIAL OF PLAINTIFF'S
MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT
_____

     On January 23, 2012, defendants Madrid, Duncan, Clements, Young, Thomas, Balazic, Ban Waak, O'Dell, Anderson and Oakes (State Defendants) filed a Motion to Dismiss this civil action as to them under Fed.R.Civ.P. 12(b)(1) because the injunctive relief requested by the plaintiff cannot be granted because he has self-revoked his parole and is serving the remainder of his sentence to imprisonment.  In response, the plaintiff filed a motion for leave to file a third amended complaint to seek nominal damages against the defendant Dana Madrid for violations of his rights protected by the First Amendment to the United States Constitution.  The State Defendants filed their response in objection to that motion on February 14, 2012.  The motion

for leave to amend to file third amended complaint is untimely and can only serve the purpose of prolonging this dispute after it has become moot as to the State Defendants. Accordingly it is now

ORDERED this civil action is dismissed as to defendants Madrid, Duncan, Clements, Young, Thomas, Balazic, Ban Waak, O'Dell, Anderson and Oakes (State Defendants) and it is

FURTHER ORDERED that the plaintiff's motion for leave to file a third amended complaint is denied.

DATED: April 13th , 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge