IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01581-RPM

DALE GROSS,

    Plaintiff,

v.

PROGRESSIVE THERAPY SYSTEMS, P.C., and
PETER BRIGGS, therapist at Progressive Therapy Systems, P.C.,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on September 10, 2013, it is

    ORDERED AND ADJUDGED that Judgment is entered for Defendants Progressive Therapy Systems, P.C., and Peter Briggs, therapist at Progressive Therapy Systems, P.C., and against Plaintiff Dale Gross.  Defendants are awarded costs upon the filing of a bill of costs within 14 days.  This civil action is dismissed.

    DATED: September 10, 2013

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                              s/M. V. Wentz

                              By_____
                                    Deputy